CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 24 2013

JULIA C. ___, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| AMAR KHALID ABED | ) | Civil Case No. 7:01cv00355 |
| | ) | Criminal Case No. 7:97cr00024-3 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| UNITED STATES OF AMERICA | ) | By: Samuel G. Wilson |
| | ) | United States District Judge |

In accordance with this court's memorandum opinion entered this day, it is **ORDERED** and **ADJUDGED** that Abed's motion for reconsideration (ECF No. 14) is **DISMISSED** as moot, Abed's motion for reconsideration (ECF No. 15) is **CONSTRUED** as a motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255, and the Clerk is directed to **FILE** the motion (ECF No. 15) as such; the § 2255 motion is **DISMISSED without prejudice** as successive; and the case is **STRICKEN** from the active docket.

Further, the court finds that Abed has not made the requisite showing of the substantial denial of a constitutional right as required by 28 U.S.C. § 2253(c) and, therefore, a certificate of appealability is **DENIED**.

ENTER: This 24th day of September, 2013.

_____
United States District Judge